FILED - USDC - FLMD - FTM
SEP 17 2026 AM10:04

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CHRISTIANE VINETTE YOUNG

CASE NO. 2:26-cr-258-SPC-KRH
18 U.S.C. § 611
(Voting by Alien)

# INFORMATION

The United States Attorney charges:

## COUNTS ONE THROUGH THREE
## (Voting by Alien)

On or about the dates set forth below, in the Middle District of Florida, the defendant,

CHRISTIANE VINETTE YOUNG,

being an alien of the United States and with knowledge of such status, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives, to wit, the elections set forth below, with each instance of voting constituting a separate count.

| Count | Date | Election |
|---|---|---|
| **One** | November 5, 2024 | 2024 Federal General Election |
| **Two** | November 8, 2022 | 2022 Federal General Election |
| **Three** | August 23, 2022 | 2022 Federal Primary Election |

All in violation of 18 U.S.C. § 611.

GREGORY W. KEHOE
United States Attorney

By: ______________________
Benjamin S. Winter
Assistant United States Attorney

By: ______________________
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division