UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. 2:26-cr-00258-SPC-KRH-1

CHRISTIANE VINETTE YOUNG

Defendant.
_______________________________/

**NOTICE OF APPEARANCE OF COUNSEL**

COMES NOW the undersigned, STEFAN GROENING, and hereby enters this Notice of Appearance on behalf of the above-named Defendant. The undersigned counsel requests that all future correspondence, pleadings and/or other documents to be filed with this Court be forwarded to him and that he be added to all certificate of service lists.

Respectfully submitted,

CANTOR & CANTOR

*/s/ Stefan Groening*

Stefan Groening
Florida Bar Number 1022543
Attorney for Defendant
7370 College Parkway
Suite 308
Fort Myers, FL 33907
Tel: (239) 247-5075
Fax: (239) 237-2855
sgroening@cantorandcantor.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of September 2026, the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Benjamin S. Winter, Assistant United States Attorney, 2110 First Street, Room 3-137, Fort Myers, Florida.

*/s/ Stefan Groening*
Stefan Groening
Florida Bar Number 1022543